## Commonwealth *v.* Tyson, Appellant.

Argued December 7, 1970. *Charles J. King, Jr.*, Assistant Public Defender, for appellant; *William Morrow*, Assistant District Attorney, with him *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, Executive Assistant District Attorney, *Parker H. Wilson*, First Assistant Dis-

trict Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.